UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEROME L. GRIMES,

      Plaintiff,

v.                                          Case No: 6:16-cv-268-Orl-18GJK

EDWARD KELLY, JR.,

      Defendant.

## ORDER

This cause comes for consideration on Plaintiff Jerome L. Grimes' Motion for Leave to Proceed In Forma Pauperis (Doc. 2), which the Court referred to United States Magistrate Judge Gregory J. Kelly for a report and recommendation. Magistrate Judge Kelly issued his Report and Recommendation (Doc. 5), to which Grimes did not file an objection. Having reviewed the Report and Recommendation, it is hereby **ORDERED and ADJUDGED** as follows:

1. United States Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 5) is **APPROVED** and **ADOPTED**.
2. Plaintiff Jerome L. Grimes' case is **DISMISSED WITH PREJUDICE**. All pending motions are **DENIED**.
3. The Clerk of the Court is directed to **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this 29 day of April, 2016.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Unrepresented Parties